AO 455(Rev. 5/85) Waiver of Indictment

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

FILED
MAR 27
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| JOSE LUIS ALVARADO-MANRIQUEZ | CASE NUMBER: 08CR0914-1H |

I, <u>JOSE LUIS ALVARADO-MANRIQUEZ</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on <u>3-27-08</u> prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

x_____
Defendant

_____
Counsel for Defendant

Before _____
JUDICIAL OFFICER